# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BLANCA GUADALUPE MEDINA RAMIREZ,<br><br>   Defendant. | Case No. 24-cr-00202-BTM<br>           24MJ0100<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) –<br>Transportation of Certain<br>Aliens (Felony) |
|---|---|

The United States Attorney charges:

<u>Counts 1 - 2</u>

On or about January 11, 2024, within the Southern District of California, defendant, BLANCA GUADALUPE MEDINA RAMIREZ, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law:

| <u>Count</u> | <u>Name</u> |
|---|---|
| 1 | Hector Ortiz-Hilario |
| 2 | Ezequias Salvador Ausencio |

//

//

JBA:lml:1/23/2024

1 | in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

2 | DATED: January 26, 2024.

TARA K. McGRATH
United States Attorney

*Jordan B. Arakawa*

JORDAN B. ARAKAWA
Assistant U.S. Attorney

2